UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL W. ALLEN, and ) <br> ERIN M. ALLEN, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASTRAZENECA PHARMACEUTICALS LP, ) <br> ASTRAZENECA LP, MCKESSON ) <br> CORPORATION, ASTRAZENECA PLC, and ) <br> DOES 1-50, ) <br>     Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:15-CV-66-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and McKesson Corporation's motion to dismiss is GRANTED [D.E. 9]. If plaintiffs fail to serve AstraZeneca PLC or the "DOE" defendants before September 30, 2015, AstraZeneca PLC and the "DOE" defendants shall be dismissed as defendants without further order of the court.

SO ORDERED. This 16th day of February, 2016.

**This Judgment Filed and Entered on February 16, 2016, and Copies To:**

| | |
|---|---|
| John C. Hensley, Jr. | (via CM/ECF Notice of Electronic Filing) |
| Ursula M. Henninger | (via CM/ECF Notice of Electronic Filing) |
| Cory Hohnbahm | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: <br> February 16, 2016 | JULIE RICHARDS JOHNSTON, CLERK <br> (By) /s/ Nicole Briggeman <br> Deputy Clerk |